# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-844-508**

**Effective Date of Registration:**
July 14, 2017

## Title

**Title of Work:** The Hitman's Bodyguard

**Nature of Claim:** Motion Picture

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Bodyguard Productions, Inc.
  **Author Created:** Entire Film
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Bodyguard Productions, Inc.
318 N. Carson Street, #208  Carson City, NV 89701

## Limitation of copyright claim

**Previously registered:** Yes
**Previous registration and year:** PRE000009432, 2017
**Basis of current registration:** This is a changed version of the work.
**New material included in claim:** Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography, dialogue, music and special effects.

## Certification

**Name:** Michael A. Hierl
**Date:** July 13, 2017

Page 1 of 1

# EXHIBIT B

Case: 1:18-cv-02494 Document #: 1-1 Filed: 04/09/18 Page 4 of 4 PageID #:12

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.176.210.62 | 43445 | 2017-11-12 00:11:37 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Rockford | Winnebago |
| 2 | 67.175.136.147 | 6881 | 2017-11-12 02:02:54 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Orland Park | Cook |
| 3 | 98.227.66.90 | 36427 | 2017-11-12 03:54:34 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Oak Park | Cook |
| 4 | 73.111.136.227 | 38770 | 2017-11-12 07:26:06 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Carol Stream | DuPage |
| 5 | 98.214.10.182 | 64279 | 2017-11-12 07:49:57 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Freeport | Stephenson |
| 6 | 24.12.141.184 | 6881 | 2017-11-12 07:54:12 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 98.206.180.134 | 46701 | 2017-11-12 08:24:06 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Libertyville | Lake |
| 8 | 76.16.233.17 | 43429 | 2017-11-12 08:46:42 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Palos Hills | Cook |
| 9 | 71.201.219.3 | 6881 | 2017-11-12 09:23:45 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Midlothian | Cook |
| 10 | 73.209.138.198 | 37454 | 2017-11-12 10:34:19 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 11 | 24.12.182.108 | 43611 | 2017-11-12 11:46:08 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 12 | 67.184.111.56 | 14245 | 2017-11-12 14:33:00 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | McHenry | McHenry |
| 13 | 67.165.162.217 | 57714 | 2017-11-12 15:02:54 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Schaumburg | Cook |
| 14 | 98.226.230.236 | 19205 | 2017-11-12 15:32:19 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 24.1.5.179 | 52269 | 2017-11-12 17:52:09 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Round Lake | Lake |
| 16 | 73.74.38.33 | 62348 | 2017-11-12 18:22:17 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Wilmette | Cook |
| 17 | 67.184.168.33 | 6881 | 2017-11-12 19:07:10 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Rockford | McHenry |
| 18 | 24.14.75.94 | 28226 | 2017-11-12 19:31:09 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 19 | 71.239.213.55 | 28811 | 2017-11-12 19:55:18 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 20 | 76.16.230.164 | 6881 | 2017-11-12 20:25:08 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 21 | 73.74.207.8 | 60831 | 2017-11-12 20:34:39 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 22 | 67.167.224.147 | 55558 | 2017-11-12 20:59:05 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Bridgeview | Cook |
| 23 | 98.213.242.38 | 20295 | 2017-11-12 21:04:41 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Rockford | Winnebago |
| 24 | 73.72.197.6 | 43637 | 2017-11-12 22:07:56 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 25 | 71.239.130.249 | 62885 | 2017-11-12 22:38:08 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Wheaton | DuPage |
| 26 | 73.111.6.43 | 6881 | 2017-11-12 23:08:40 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Rockford | Winnebago |
| 27 | 73.208.41.115 | 24874 | 2017-11-12 23:10:17 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 28 | 71.201.82.228 | 35502 | 2017-11-12 23:12:10 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Bartlett | Cook |
| 29 | 73.211.194.230 | 55700 | 2017-11-12 23:19:43 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Oak Lawn | Cook |
| 30 | 71.194.122.32 | 49484 | 2017-11-12 23:23:42 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Lansing | Cook |
| 31 | 98.220.192.186 | 55759 | 2017-11-12 23:29:31 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Montgomery | Kendall |
| 32 | 24.14.74.13 | 50227 | 2017-11-12 23:54:20 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 33 | 73.247.248.173 | 49402 | 2017-11-12 23:54:41 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Chicago | Cook |
| 34 | 73.208.58.169 | 64100 | 2017-11-12 23:55:01 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Illinois | Round Lake | Lake |